PAUL L. REIN, Esq., (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
GUY JONES


SID M. ROSENBERG, Esq. (SBN 129158)
LAW OFFICES OF ROSENBERG & LINK
725 30th St., Suite 107
Sacramento, CA 95816
Telephone: 916/447-8101
Facsimile: 916/447-4750

Attorney for Defendants
BRYAN KWONG; SPENCER KWONG; IRENE
KWONG; EL PUERTO RESTAURANT, INC.;
ISIDRO MARTIN RODRIGUEZ


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| GUY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; ISIDRO MARTIN RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. 2:10-CV-01200 JAM/KJN<br><u>Civil Rights</u><br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES** |

Plaintiff GUY JONES ("Plaintiff") and Defendants BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; ISIDRO MARTIN RODRIGUEZ (together sometimes

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES
CASE NO. 2:10-CV-01200 JAM/KJN                    -1-                    C:\Documents and Settings\HVine\Desktop\10cv1200.o.3411.wpd

"Defendants"), by and through their respective counsel, jointly stipulate and request through their attorneys of record as follows:

On January 14, 2011, Plaintiff forwarded Defendants a draft Consent Decree & Proposed Order addressing all of Plaintiff's injunctive relief claims in this case. On February 9, 2011, the parties met and conferred and made progress toward settling Plaintiff's injunctive relief claims. The parties have been working cooperatively to settle injunctive relief aspects of this case and believe that there is a good likelihood that the parties will be able to settle all issues of injunctive relief, damages, and attorneys' fees, litigation expenses, and costs if given more time – specifically time to prepare for and participate in a settlement conference to be set by the Court pursuant to the stipulated order to set a settlement conference in this case, which will be filed contemporaneously with this stipulated order to continue deadlines.

The current deadlines in this case are as follows:

| | |
|---|---|
| Expert disclosure: | March 11, 2011 |
| Supplemental expert disclosure: | March 18, 2011 |
| Joint Mid-Litigation Statement: | May 6, 2011 |
| Discovery cut-off: | May 20, 2011 |
| Dispositive Motion filing deadline: | June 22, 2011 |
| Dispositive Motion hearing deadline: | July 20, 2011 |
| Joint Pre-trial Statement: | August 19, 2011 |
| Final Pre-trial Conference: | August 26, 2011 |
| Trial: | October 3, 2011. |

Based on the above, the parties hereby agree and stipulate to the continuation of the above-noted deadlines in this case to the following:

| | |
|---|---|
| Expert disclosure: | August 1, 2011 |
| Supplemental expert disclosure: | August 8, 2011 |
| Joint Mid-Litigation Statement: | October 10, 2011 |

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES
CASE NO. 2:10-CV-01200 JAM/KJN            -2-            C:\Documents and Settings\HVine\Desktop\10cv1200.o.3411.wpd

| | | |
|---|---|---|
| 1 | Discovery cut-off: | November 7, 2011 |
| 2 | Dispositive Motion filing deadline: | December 14, 2011 |
| 3 | Dispositive Motion hearing deadline: | January 11, 2012 at 9:30 a.m. |
| 4 | Joint Pre-trial Statement: | February 17, 2012 |
| 5 | Final Pre-trial Conference: | February 24, 2012 at 11:00 a.m. |
| 6 | Trial: | April 2, 2012 at 9:00 a.m. |

**IT IS SO STIPULATED.**

Dated: March 3, 2011        LAW OFFICES OF PAUL L. REIN

　　　　　　　　　　　　　　　　/s/ Catherine M. Cabalo
　　　　　　　　　　　　　　By: CATHERINE M. CABALO
　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　GUY JONES


Dated: March 3, 2011        LAW OFFICES OF ROSENBERG & LINK

　　　　　　　　　　　　　　　　/s/ Sid Rosenberg
　　　　　　　　　　　　　　By: SID M. ROSENBERG
　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　BRYAN KWONG; SPENCER KWONG; IRENE
　　　　　　　　　　　　　　KWONG; EL PUERTO RESTAURANT, INC.;
　　　　　　　　　　　　　　ISIDRO MARTIN RODRIGUEZ

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES
CASE NO. 2:10-CV-01200 JAM/KJN        -3-        C:\Documents and Settings\HVine\Desktop\10cv1200.o.3411.wpd

**ORDER** (as modified by the Court)

Good cause having been shown, the Court grants the parties' stipulation and request to continue deadline s in this case to the following:

| | |
|---|---|
| Expert disclosure: | August 1, 2011 |
| Supplemental expert disclosure: | August 8, 2011 |
| Joint Mid-Litigation Statement: | October 10, 2011 |
| Discovery cut-off: | November 7, 2011 |
| Dispositive Motion filing deadline: | December 14, 2011 |
| Dispositive Motion hearing deadline: | January 11, 2012 at 9:30 a.m. |
| Joint Pre-trial Statement: | February 17, 2012 |
| Final Pre-trial Conference: | February 24, 2012 at 11:00 a.m. |
| Trial: | April 2, 2012 at 9:00 a.m. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 3/4/2011

/s/ John A. Mendez
Honorable JOHN A. MENDEZ
United States District Court Judge

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO CONTINUE TRIAL AND PRE-TRIAL DEADLINES
CASE NO. 2:10-CV-01200 JAM/KJN      -4-      C:\Documents and Settings\HVine\Desktop\10cv1200.o.3411.wpd