1 PAUL L. REIN, Esq., (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
2 CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
3 200 Lakeside Drive, Suite A
Oakland, CA  94612
4 Telephone:  510/832-5001
Facsimile:   510/832-4787
5
Attorneys for Plaintiff
6 GUY JONES

7
8 SID M. ROSENBERG, Esq. (SBN 129158)
LAW OFFICES OF ROSENBERG & LINK
9 725 30th St., Suite 107
Sacramento, CA 95816
10 Telephone:  916/447-8101
Facsimile:   916/447-4750

11 Attorney for Defendants
BRYAN KWONG; SPENCER KWONG; IRENE
12 KWONG; EL PUERTO RESTAURANT, INC.;
ISIDRO MARTIN RODRIGUEZ
13

14
UNITED STATES DISTRICT COURT
15 EASTERN DISTRICT OF CALIFORNIA

16
17
GUY JONES,                                    CASE NO.  2:10-CV-01200 JAM/KJN
18                                                      Civil Rights
        Plaintiff,
19
v.
20                                                      STIPULATION AND ORDER TO
BRYAN KWONG; SPENCER              SET SETTLEMENT CONFERENCE
21 KWONG; IRENE KWONG; EL
PUERTO RESTAURANT, INC.;
22 ISIDRO MARTIN RODRIGUEZ; and
DOES 1-10, Inclusive,
23
        Defendants.
24 _____/

25
        Plaintiff GUY JONES ("Plaintiff") and Defendants BRYAN
26
KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO
27
RESTAURANT, INC.; ISIDRO MARTIN RODRIGUEZ (together sometimes
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-CV-01200 JAM/KJN                    -1-                    C:\Documents and Settings\HVine\Desktop\10cv1200.o.wpd

1 │ "Defendants"), by and through their respective counsel, jointly stipulate and

2 │ request through their attorneys of record as follows:

3 │      On November 30, 2010, Defendants forwarded their access

4 │ consultant's reports to Plaintiff.  The parties have been working cooperatively to

5 │ settle injunctive relief aspects of this case and believe that there is a good

6 │ likelihood that the assistance of an experienced magistrate judge would contribute

7 │ to an early settlement of all issues of injunctive relief, damages, and attorneys'

8 │ fees, litigation expenses, and costs.

9 │      Based on the above, the parties hereby agree and stipulate to a

10 │ settlement conference being set in this case before assigned Magistrate Kendall J.

11 │ Newman as soon as possible.  Pursuant to Local Rule 270(b), the parties expressly

12 │ waive any claim of disqualification and agree to have Judge Newman continue to

13 │ act as Magistrate in this action thereafter.

14 │

15 │         **IT IS SO STIPULATED.**

16 │

17 │ Dated: May 4, 2011       LAW OFFICES OF PAUL L. REIN

18 │

19 │       */s/ Catherine M. Cabalo*

20 │       By: CATHERINE M. CABALO
   │       Attorneys for Plaintiff

21 │       GUY JONES

22 │

23 │ Dated: May 4, 2011       LAW OFFICES OF ROSENBERG & LINK

24 │

25 │       */s/ Nathan Jones for Sid Rosenberg*

26 │       By: SID M. ROSENBERG
   │       Attorney for Defendants

27 │       BRYAN KWONG; SPENCER KWONG; IRENE
   │       KWONG; EL PUERTO RESTAURANT, INC.;

28 │       ISIDRO MARTIN RODRIGUEZ

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-CV-01200 JAM/KJN     -2-     C:\Documents and Settings\HVine\Desktop\10cv1200.o.wpd

1

## ORDER

2

Good cause having been shown, the Court grants the parties'

3

stipulation and request to set a settlement conference in this case on Tuesday, July

4

5, 2011 at 9:00 a.m. with Magistrate Judge Kendall J. Newman.

5

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6

7

Dated: May 5,  2011                              /s/ John A. Mendez

8                                                        Honorable JOHN A. MENDEZ
                                                         United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
CASE NO. 2:10-CV-01200 JAM/KJN                    -3-                    C:\Documents and Settings\HVine\Desktop\10cv1200.o.wpd