PAUL L. REIN, Esq. (SBN 43053)
CELIA MCGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:  510/832-5001
Facsimile:   510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
GUY JONES

*Defendants and their counsel listed after the caption.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY JONES,<br><br>        Plaintiff,<br><br>v.<br><br>BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; ISIDRO MARTIN RODRIGUEZ; and DOES 1-10, Inclusive,<br><br>        Defendants.<br>_____/ | Case No. 2:10-CV-01200 JAM/KJN<br>Civil Rights<br><br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER FOR DISMISSAL OF CLAIMS WITH PREJUDICE** |

SID M. ROSENBERG, Esq. (SBN 129158)
LAW OFFICES OF ROSENBERG & LINK
725 30th St., Suite 107
Sacramento, CA 95816
Telephone:  916/447-8101
Facsimile:   916/447-4750

Attorney for Defendants
BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; & ISIDRO MARTIN RODRIGUEZ

## STIPULATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff GUY JONES ("Plaintiff") and defendants BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; and ISIDRO MARTIN RODRIGUEZ (together referred to as "Defendants"), by and through their respective attorneys of record, stipulate that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against all Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court (see Docket No. 26); and

3. All parties shall bear his, her, or its own costs and fees in the action.

**IT IS SO STIPULATED.**

Dated: October 4, 2011     LAW OFFICES OF PAUL L. REIN

     /s/ Catherine M. Cabalo
By:  Catherine M. Cabalo, Esq.
Attorneys for Plaintiff
GUY JONES

Dated: October 3, 2011     LAW OFFICES OF ROSENBERG & LINK

     /s/ Sid M. Rosenberg
By:  Sid M. Rosenberg, Esq.
Attorneys for Defendants
BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; & ISIDRO MARTIN RODRIGUEZ

**ORDER**

Having reviewed the above Stipulation for Dismissal of Claims with Prejudice submitted by plaintiff GUY JONES on the one hand ("Plaintiff"), and defendants BRYAN KWONG; SPENCER KWONG; IRENE KWONG; EL PUERTO RESTAURANT, INC.; and ISIDRO MARTIN RODRIGUEZ (said defendants together referred to as "Defendants") on the other hand,

IT IS HEREBY ORDERED that:

1. Plaintiff's Complaint in the above-entitled action shall be dismissed with prejudice as against Defendants;

2. The Court will retain jurisdiction to enforce the Consent Decree previously entered as an Order by the Court.

3. Each party shall bear his or its own costs and fees in the action.

Dated: October 13, 2011       /s/ John A. Mendez
                              Honorable JOHN A. MENDEZ
                              United States District Judge